UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTO ENRIQUE INGA, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>against<br><br>NESMA FOOD CORP. d/b/a BIG ARC CHICKEN, et al.,<br><br>        Defendants. | CIVIL ACTION NO.: 20 Civ. 909 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 6, 2020, the Court granted defense counsel Joey Tsai's Letter-Motion (ECF No. 27) to Withdraw as counsel for all Defendants. (ECF No. 31). The Court ordered that by Thursday, November 5, 2020, the following was to take place:

1) Counsel for Defendant Nesama Food Corp. d/b/a Big Arc Chicken shall file a notice of appearance; and

2) The individual defendants, Mohammed El Hattab and Abdellatif Mahmoud, shall notify the Court whether new counsel will be appearing on their behalf or whether they will proceed in this litigation pro se.

(ECF No. 31). The Court also warned that "[f]ailure to respond to this Court Order may lead to entry of a certificate of default and a default judgment against Defendants." (Id.) (quoting Fed. R. Civ. P. 55(a)).

Defendants have failed to comply with the Court's order. Accordingly, the Court extends for a final time the above deadlines until **Thursday, November 19, 2020**. The Court again

reminds the parties that the failure to respond to this order may lead to the entry of a certificate of default and a default judgment against Defendants.  See Fed. R. Civ. P. 55(a).

Dated:       New York, New York
             November 6, 2020

SO ORDERED:

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2