UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTO ENRIQUE INGA, on behalf of himself and others similarly situated,

            Plaintiff,

-v-

NESMA FOOD CORP. d/b/a BIG ARC CHICKEN, et al.,

            Defendants.

CIVIL ACTION NO.: 20 Civ. 909 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Conference scheduled for Tuesday, March 2, 2021 at 10:00 am (ECF No. 22) is adjourned sine die.  In the event that the parties believe a settlement conference would be productive, they may jointly request that it be reinstated.

Dated:      New York, New York
              February 25, 2021

SO ORDERED:

_____
**SARAH L. CAVE**
**United States Magistrate Judge**