UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTO ENRIQUE INGA, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br> -v-<br><br>NESMA FOOD CORP. d/b/a BIG ARC CHICKEN, <u>et al.</u>,<br><br>     Defendants. | CIVIL ACTION NO.: 20 Civ. 909 (ALC) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

During a telephone conference with the Court on October 6, 2020, the Court instructed Joey Tsai, Esq., Defendants' former counsel, to serve on Defendants a copy of the Court's order granting Tsai's motion to withdraw (ECF No. 31) (the "Withdrawal Order"). While the Court has no reason to doubt that Tsai did so, no proof of such service appears on the record.

Accordingly, by **Friday, July 16, 2021**, Tsai shall file a certificate of service reflecting service on Defendants of the Withdrawal Order and this Order. In addition, by **Friday, July 30, 2021**, Defendants shall have one final opportunity to notify the Court whether new counsel will be appearing on their behalf. The Court reminds Defendants that, by law, corporations cannot proceed <u>pro se</u>, <u>Jacobs v. Pat. Enf't Fund, Inc.</u>, 230 F.3d 565, 568 (2d Cir. 2000), and that failure to appear through counsel could result in entry of default judgment.

The Court again reminds Defendants that the failure to respond to this Order may lead to the entry of a certificate of default and default judgment against them.

Dated:     New York, New York
           July 9, 2021

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**