UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUSTO ENRIQUE INGA, on behalf of himself : Case No. 20-CV-909
and others similarly situated, : (ALC) (SLC)
:
Plaintiff, :
: **JUDGMENT**
-against- :
:
NESAMA FOOD CORP. d/b/a BIG ARC CHICKEN, :
MOHAMMED EL HATTAB, and :
ABDELLATIF MAHMOUD, :
:
Defendants. :
-----------------------------------------------------------------------X

    This action, having been commenced on February 3, 2020 by the filing of a Summons and Complaint; a copy of which was served pursuant to Fed. R. Civ. Pro. 4(d), on February 12, 2020; proof service having been filed on February 25, 2020; and the answer of the Defendants Nesama Food Corp., Mohammed El Hattab, and Abdellatif Mahmoud having been struck for failure to comply with the Court's Order to retain new counsel and/or appear pro se, it is

    ORDERED, ADJUDGED AND DECREED that Plaintiff Justo Enrique Inga have judgment against the Defendants Nesama Food Corp., Mohammed El Hattab, and Abdellatif Mahmoud, jointly and severally, in the amount of $1,050 in unpaid straight time wages, $84,895.40 in unpaid overtime compensation, $84,895.40 in liquidated damages, $5,000 in statutory damages, $27,134.35 in pre-judgment interest, $12,490 in attorneys' fees, $400 in costs, and post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: New York, New York

    _____August 17_____, 2021

                                                                                                          Hon. Andrew L. Carter, U.S.D.J.